NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASPEX EYEWEAR, INC. AND CONTOUR OPTIK, INC.,
*Plaintiffs-Appellants,*

v.

MARCHON EYEWEAR, INC. AND NIKE, INC.,
*Defendants-Appellees,*

AND

REVOLUTION EYEWEAR, INC. AND GARY MARTIN ZELMAN,
*Defendants-Appellees.*

---

2011-1147

---

Appeal from the United States District Court for the Southern District of Florida in case no. 09-CV-61515, Judge Marcia G. Cooke.

---

ON MOTION

---

ORDER

Aspex Eyewear, Inc. and Contour Optik, Inc. move for a 7-day extension of time, until July 25, 2011, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Nicodema, Esq.
Steven M. Hanle, Esq.
Edgar H. Haug, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2011

JAN HORBALY
CLERK